IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRANDON XAVIER HEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-006 |
| | ) | |
| WARDEN CHAMBERS; DEPUTY WARDEN PROSSER; ADA WARDEN MESSER; DEPUTY WARDEN FRANKLIN; LT. GREEN; LT. LINDA; R.N. OLIVER; DR. AYODELE AYEDUN; and WELL PATH HEALTHCARE PROVIDER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22 day of July, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE